NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HD SILICON SOLUTIONS LLC,**
*Appellant*

**v.**

**MICROCHIP TECHNOLOGY INC.,**
*Appellee*

_____

2023-1943

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01567.

_____

## JUDGMENT

_____

SARAH S. BROOKS, Venable LLP, Los Angeles, CA, argued for appellant. Also represented by JUSTIN J. OLIVER, Washington, DC.

BRETT M. SCHUMAN, Goodwin Procter LLP, San Francisco, CA, argued for appellee. Also represented by RACHEL M. WALSH; SANJEET DUTTA, Redwood City, CA; GABRIEL FERRANTE, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 15, 2025
Date

Jarrett B. Perlow
Clerk of Court